**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GURBHEJ SINGH,
Petitioner,
v.
WARDEN OF THE DESERT VIEW DETENTION FACILITY, ADELANTO, CALIFORNIA, *et al.*,
Respondents.

Case No. 5:26-cv-00897-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall release Petitioner forthwith and reinstate his Order of Release on his Own Recognizance with the same conditions that were previously in place at the time of his re-detention. Respondents shall also return to Petitioner at the time of his release all confiscated documents and possessions, and file a notice of compliance within 72 hours.

Respondents are enjoined from re-detaining Petitioner without first providing him with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an Immigration Judge at which Respondents will bear the burden of proof. Petitioner

shall not be re-detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

DATED: August 6, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE